**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARY KATHLEEN KIRBY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **2:08-cv-1088** |
| **v.** | ) | |
| | ) | |
| **J.C. PENNEY CORPORATION, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MEMORANDUM ORDER OF COURT**

Presently before the Court is DEFENDANT'S UNOPPOSED MOTION IN LIMINE TO EXCLUDE EVIDENCE OF PLAINTIFF'S ALLEGED PHYSICAL INJURIES AND CHIROPRACTIC CARE (Document number 33), with attached brief in support.  No response was filed by Plaintiff.  Defendant seeks to exclude all evidence of Plaintiff's alleged physical injuries and chiropractic care from the trial.  Without objection, the motion is GRANTED and all evidence of Plaintiff's alleged physical injuries and chiropractic care is excluded from trial.


SO ORDERED this 29th day of October, 2009.

BY THE COURT:


s/  Terrence F. McVerry
United States District Court Judge

cc:   Samuel J. Cordes, Esquire
        Email: scordes@ocmilaw.com
        Christine T. Elzer, Esquire
        Email: celzer@ocmilaw.com

        Gregory M. Bair, Esquire
        Email: gbair@jcpenney.com
        Martin J. Saunders, Esquire
        Email: saunderm@jacksonlewis.com